The Swords Company, appellant, v. Rockford Fibre Container Company, appellee. Gen. No. 8,628.

Opinion filed May 25, 1933.

C. A. Pedderson, for appellant. Welsh & Welsh, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

National Discount Corporation, etc., plaintiff in error, v. Marie P. Forbes, trading as Rockford Automotive, Ltd., defendant in error. Gen. No. 8,629.

Opinion filed June 7, 1933.

C. A. Pedderson, for plaintiff in error. Welsh & Welsh, for defendant in error.

Mr. Justice Baldwin delivered the opinion of the court.

Gustav H. Bunge et al., trading as Bunge, Grotefeld & Bunge, appellees, v. Downers Grove Sanitary District, appellant. Gen. No. 8,559.

Opinion filed July 8, 1933.

Daniel S. Wentworth, for appellant; Joe A. Pearce and Ross G. McClure, of counsel. Alschuler, Putnam, Flannigen & Johnson, for appellees; Edward F. Streit, of counsel.

Per Curiam.

H. D. A. Grebe, plaintiff in error, v. Harry E. Miller and Olive B. Miller, defendants in error. Gen. No. 8,549.

Opinion filed September 20, 1933.

Runyard & Behanna, for plaintiff in error; Eugene M. Runyard and Paul D. Doolen, of counsel. Maurice T. Johnson, for defendants in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.